JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FELIPE VELASCO,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>CRAIG KOENIG, Warden,<br><br>　　　　　　　Respondent. | NO. SACV 20-1889-JLS (AGR)<br><br>JUDGMENT |

　　　Pursuant to the Opinion and Order on Second or Successive Petition and Order Transferring Motion to Ninth Circuit,

　　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and summarily dismissed for lack of subject matter jurisdiction. The Motion for Permission to File Attached 2254 Petition With Newly Discovered Evidence is transferred to the Ninth Circuit.

DATED: November 1, 2020

　　　　　　　　　　　　　　　　　　　／s／ Josephine Staton
　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　United States District Judge